Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HERMAN, an individual; | Case No. CV13-00233 JFW (RZx) |
| Plaintiff, | Hon. John F. Walter<br>Courtroom 16 |
| v. | **JUDGMENT** |
| US BANK NATIONAL ASSOCIATION, as Trustee, for the benefit of HarborView 2005-1 Trust Fund, a National Association; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive, | Complaint Filed:   January 11, 2013 |
| Defendants. | |

**JUDGMENT**

WHEREAS, on April 2, 2013, the Court GRANTED, in its entirety, the Motion to Dismiss the Complaint of plaintiff James Herman filed by Defendants U.S. Bank, N.A. as trustee, for the benefit of Harborview 2005-1 Trust Fund and Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP (collectively, "Defendants");

THEREFORE, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT IS HEREBY ENTERED, with prejudice, against Plaintiff James Herman and in favor of Defendants.

Dated:  April 12, 2013

_____
Hon. John Walter
United States District Judge